DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TERYLEISHA WRIGHT,**
Appellant,

v.

**RICKY D. DIXON,** Secretary of Florida department of Corrections,
Appellee.

No. 4D2025-2491

[April 23, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jaimie Randall Goodman, Judge; L.T. Case No. 502025CA006838XXXAMB.

Teryleisha Wright, Ocala, pro se.

James Uthmeier, Attorney General, and Rachael Kaiman, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and SHEPHERD, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely-filed motion for rehearing.***